## Case No. 14,526.

### UNITED STATES v. BARNHARDT.

[20 Int. Rev. Rec. 137.]

District Court. N. D. Ohio. 1874.

INTERNAL REVENUE—LIQUOR—SALE WITHOUT LICENSE—INTENT TO DEFRAUD.

On motion for a new trial, held, that a single sale of spirituous liquor makes a retail dealer therein under the law; (2) that where license or payment of tax is relied upon in defence, it must be shown by the defendant, and the government is not bound to show want of license or payment; (3) that intent to defraud the government need not be proven to convict. A new trial is therefore refused.

Geo. Willey, U. S. Atty.

S. E. Adams and C. M. Safford, for defendant.